IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

02 NOV 26 PM 12: 45

U.S. DISTRICT COURT
N.D. OF ALABAMA

MARCUS DEWAYNE LEE,

      Plaintiff,

v.

WALKER COUNTY SHERIFF DEPT.,
WAKLER COUNTY SHERIFF JOHN MARK
TYRICK,
(USMS) UNITED STATES MARSHALS
SERVICES,  et al.,

      Defendants.

CV-02-J-2903-S

CIVIL ACTION
CV-02-_____

(To Be Supplied By Clerk)

**"JURY TRIAL DEMANDED"**

---

### CIVIL COMPLAINT SECTION 28/1983
### CONSTITUTIONAL RIGHTS VIOLATIION
### U.S.C.A FOR USE OF EXCESSIVE FORCE GREAT BODILY HARM
### PERSONAL INJURIES,MENTAL ANGUSIH AND DEPRIVATION OF A
### SERIOUS MEDICAL NEED

---

COME NOW Marcus Dewayne Lee,Pro-Se by himself and through himself in the above styled cause (CIVIL ACTION) pursuant to the Rule of Court, Local Rules, Code of Alabama, and [F.R.Cv.P], Federal Rule of Civil Procedure, 1,4,15 and any other the Honorable Court deem fair and just.  In support of the plaintiff saith the following:

I, Marcus Dewayne Lee being duly sworn and deposed declare that I know all the facts known to me personal and that from my own experience with the defendants named and unnamed in this action along with the witnesses listed herein can attest to the same.  I am over the age of twenty-one and I am not of law and request for counsel to represent me.

#### JURISDICTION

1.  Jurisdiction is found upon this Court by the Defendants and I as a party being in care of the U.S. MARSHALS SERVICES by orders from this Court.  I admit that this Court has Jurisdiction.

This is a civil rights action filed by Marcus Dewayne Lee, a Federal Prisoner, for damages under 42 § 1983, alleging execessive use of force and denial of medical care in violation of the Eight Amendment to the United States Constitution and confinement in segregation in violation of Due Process Clause of the Fourtheenth Amendment to the Constitution.  The Plaintiff also alleges the torts of assault and battery and negligence.

(a)  The court has jurisdiction over the plaintiff's claima pf violation of federal constitutional rights under 42 U.S.C. §§ 1331 (a) and 1343.

2.  The court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. § 1367.

## PARTIES

3.  The plaintiff,Marcus Dewayne Lee, was incarcerate at Wlaker County Jail,Jasper,Alabama,(a federal holding facility) during the events described in this complaint.

4.  Defendants WALKER COUNTY et al.,Sheriff John Mark Tyrick, and John Doe  are correctional officers/police whom are employed at Walker County Sheriff Department.  They are sued in their individual capacity.

5.  Defendant John Doe is a correctional officer employed  at Walker County Jail/Jasper Alabama whose name is presently unknown to plaintiff.  He is sued in his/her individual capacity.

6.  Defendant Mr. De Jesus is the correctional lieutenant in charge of the Administrative Segregation Unit at Walker County. He is sued in his/her individual capacity.

7.  Defendant _____ is the Deputy Warden for Security at Walker County and is in charge of the supervisor and discpline of all correctional staff at Walker County.

2

8.   Defendant _Ms. Sonya_ is the Medical Administrator at Walker County Jail and is generally responsible for ensuring the provision of medical care to prisoners and specially for scheduling medical appoinments outside the prison/jail when a prisoner needs specialized treatment or evaluation.  He/She is sued in his/her individual and official capacities.

9.   Defendant _____ is the Deputy Warden for Administration at Walker County and is in charge of transportation of prisoners to medical appoinments.  He/She is sued in his/her individual and official capacities.

10.  Defendant _Mr. De Jesus_ is a correctional lieutenant at Walker County and is responsible for conducting disciplinary hearings for prisoners accused of breaking prison/jail rules.  He/She is sued in his/her individual capacity.

11.  Defendant _John Mark Tyrick_ is the Warden/Jailer/Sheriff of Walker County Jail and is responsible for reviewing all administrative appeals of disciplinary charges filed by Walker County inmates.  He /She is sued in his/her individual and official capacities.

12.  Defendant **JOHN MARK TYRICK** ,is the Sheriff for Walker County and is personally responsible for the use of excessive force on me/ MARCUS DEWAYNE LEE herein called the Plaintiff, and others cause me great bodily harm  on or about, _August 10,_ ,2002 while in the care of the ones whom the public entrust the care of ones who is being punished by the LAW/GOVERNMENT for an offense not related to the sustained injuries named herein. Thus, violating my/plaintiff Constitutional Rights.  (U.S.C.A.)

3

13. Defendants UNITED STATES MARSHALS SERVICES,1729 North 5th Avenue North Birmingham, Alabama 35203 is responsible for housing Pre-Trial Detainees such as plaintiff LEE herein called the Plaintiff, which, were housed at Wlaker County Jail Jasper Alabama on or about _August 10_ ,2002 when he sustained numerous injuries to his whole body. namely: brusie left ribs, bruce left eye,head concussion,temporay loss of memory, enclosed head injury, numbness in left harm, bruced lower back, having minor trouble stooling(spot of blood in stool),mild headaches,10 to 15 %(percent disability and other injury's unknown to plaintiff, which effect his everyday life style, plaintiff cannot enjoy the same pleasure of life neccessitives as others.

14. All the defendants have acted, and continue to act, under color of State Law at all times relevant to this complaint.

### FACTS

15. On _August 10_ ,2002 the plaintiff was removed from general population at Walker County and placed in administrative sergregation without explanation. (also see attachments)

16. The **plaintiff** repeatedly asked defendant John Mark Tyrick why were he was been beaten, and ... were..you taken me and the defendant Tyrick refused to answer.

17. Defendant Tyrick and others said," I know how to deal with a wise guy,"......... .

18. The plaintiff then began to pack his property as ordered.

4

## MISUSE OF FORCE

19.  Shortly after these events, defendant Tyrick returned to the plaintiff's cell, accompanied by Defendants (Deputies), *Lt* *DeJesus, Walker County tactical Unit* , _____ , _____ , _____ , _____ , _____ , _____ , and DOE _____ , who were wearing riot helmets, gas masks and jackets and carrying batons and a/tear gas dispenser(s).

20.  The plaintiff stated that he was cooperating and packing his property.

21.  Witout waring, defendant Tyrick,Spray him", and defendants sprayedand or stared beaten plaintiff in the cell/jail.

22.  Defendant *Sat, Wise* open the cell door were plaintiff was and defendant *Walker County Sheriff Tactical Unit, John Mark Tyrick* _____ , _____ , _____ , _____ , _____ , and Doe entered his cell.

23.  Defendants *Walker County Tactical Unit,* _____ , _____ , _____ , _____ , _____ , knocked the plaintiff to the floor, where he was kicked and struck with batons/hands/feets/fists/elbows by defendants,_____ , _____ , _____ , _____ , _____ , and Doe.

24.  Defendants *Lt, DeJesus* , _____ , _____ , Doe,  did not intervene to prevent these kicks and blows, and the plaintiff beleives that these defendants also kicked and struck him.

25.During this assult one of the defendants stamped on the plaintiff's ankles, causing damages, fracturing them.  The plaintiff also received lacerations to his face and scalp and numerous bruises and abrasions to his arms,legs,torso,face and head.

26.  During  these events defendant(s) _____,_____,

_____, __DOE_____, remained outside the plaintiff's cell

and did not intervene.

27. During these events the plaintiff did not resist or threaten

the officers in any fashion or break any prison rules.

28.  Defendants WALKER County TACTICAL Unit,_____, __DOE_____, are members

of the Walker County Emergency Response Team.

29.  Defendants _____,_____, _____, have

repeatedly engaged in excessive force against inmates in the past.

30.  Defendant _____,_____, ___Doe___, has been

placed on notice of the abusive conduct of defendants _____,_____,

and _DOE__, by a number of complaints and grevances over many months,

(years),but has failed to take disciplinary action against them or

otherwise to control their behavior.

31.  After the above described assualt the plaintiff was taken to

the prison infirmary,where he received; _____

_____

_____

_____

for his lacerations and treatment for _____

_____

32.  The plaintiff was then taken by_____

_____

Treated for: _____

_____.


[ALSO SEE ATTACHMENTS]

## DENIAL OF DUE PROCESS

33.   The next day, August 11, 2002, the plaintiff was placed in punitive segregation.

34.   On _____, 2002, the plaintiff was served with_____

_____charges:_____

_____

_____.

35.   The plaintiff requested that the hearing officer call as witnesses _____,_____,_____,_____,

_____,_____,_____,_____,

_____,_____,_____,_____,

_____,_____,_____,_____,

who was housed in the ceel/Walker County Jail,Jasper Alabama in general population,segregation on the same tear/floor or accross on either side of the inmate housing unit/side of the plaintiff.

36.   The plaintiff did not know all the names of the witnesses (see attachments)but he was provided some names and the cells will be of record.   (Walker County Jail ledger/Inmates)(see attachments).

7

37.  The plaintiff did not know the names of these other(inmates) witness, but he have provided some,and potential cell locations.

38.  On $August\ 1\Lambda$ ,2002 plaintiff asked the Walker County Jail staff for greviance /and they did not have one

39.  The plaintiff asked Walker County Staff for the other named inmates/ witnesses, but they did not call witnesses to my/his knowledge.

40.  Defendants failed to call witnesses and those acts violated plaintiff's constitutional rights.

41.  The Staff(WALKER COUNTY) statements provided to the plaintiff alleged that plaintiff had refused to leave the area/cell when  ordered, had this being true plaintiff injuries, and there is nothing on the record to show that plaintiff LEE assaulted any staff.

42.  The staff statements did not state any facts showing that the plaintiff had icited other inmates to riot.

43.  Pursuant to prison procedure, the plaintiff filed an administrative appeal/remedy with  defendant WALKER COUNTY, pointing out that none of his witnesses  had been called,even though he had an witneees list.  **Id**(See attachments.) there is are was no evidence showing that plaintiff excited an riot or caused any distruberance.  Thus, any documentation finding plaintiff guilty of any police or otherwise is frivilous.

44.  Defendants WALKER COUNTY,JOHN MARK TYRICK,UNITED STATES MARSHAL SERVICES, Ms. SONYA and others yet not known to plaintiff denied his APPEAL.

8

## DENIAL OF MEDICAL CARE

45.  While plaintiff remained incarcerated, the physican on duty told him that physiacl therapy would be required and his ankles,ribs would require a course of physical therapy for a minmum of four weeks and that he would possibly regain full use of the ankle.

46.  On _August 13_    ,2002 the plaintiff submitted a sick call request seeking aponiment for medical care for the serious injury and the scheduling of his physical therapy.

47.  At some point after the plaintiff was taken to see_____ _____ Medical Clinic and was seen by,_____.

48.  When asked about medical attention and the physical therapy plaintiff was told that he would have to submit another request.

49.  Since then, the plaintiff has submitted repeat sick call requests and has filed a grevance requesting further medical attention. and for the removal of the individuals responsible for the matter that the grievance concerns.

50.  Defendant _Ms. Sonya_    ,_____, _JOHN DOE_    , is responsible for arranging foe specialized care outside the prison

51.  Defendant _Ms. Sonya_    ,_____, _JOHN DOE_    , is responsible for medical care generally and for arranging medical care outside of the prison.

52.  After _2_    weeks, the plaintiff has received no respouse from the medical department.

53.  On information and belief, when a prisoner files a grievance the greivance staff calls the natter to attention of those individuals responsible for the matter that the grievance concerns.

54. The plaintiff is in great pain and his ankle is stiff and does not return properly. also his ribs(left) continue to hurt, and his left eye is black/dark otherwords bruiseed to this day. October 3,2002.

55. On information and belief, if the plaintiff is not promptly provided with physical therapy as directed by Doctors, he risks permanent disability.

## CLAIMS FOR RELIEF

56. The actions of defendants ___Tyrick___,Walker County Deputy's, SHERIFF'S DEAPRTMENT st al,U.S.MARSHALS___, JOHN DOE___,and others not named in using physical force against the plaintiff without need or provocation, or in failing to intervene to prevent the misuse of force, were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eight Amendment of the United States Constitution.

57. The actions of defendants ___Tyrick___,WALKER COUNTY , U.S.MARSHALS SERVICES,JOHN DOE, and others in using physical force against the plaintiff without need or provocation constituted the tort of assault and battery under the law of STATE OF ALABAMA,42 § 1983,28 CFR PART 14, et al.,Code of Alabama, 1975, (as amended).

58. THe failure of defendant,U.S.M.S./WCSD , to take disciplinary or other action to curb the known pattern of physical abuse of inmates by defendants,TYRICK,WALKER COUNTY SHERIFF'S DEPARTMENT, WALKER COUNTY DEPUTY'S,JOHN DOE and UNITED STATES MARSHALS SERVICES, and others yet not named  constituted deliberate indifference,and contributed to and proximately caused the above described violation

of the Eight Amendment rights and assult and battery.

59. The actions of defendant_____, in refusing
to call the witnesses requested by the plaintiff, finding him guilty
of any incident without no evidence to support the charge, and
providing an inadequate written disposition of the charges denied
the plaintiff the due process of law in violation of the Fourteenth
Amendment to the United STates Constitution.

60. The actions of defendant _____, inrefusing
to oversee the plaintiff's disciplinary conviction, despite his/her
knowledge of the above described due process violations, constituted
deliberate indifference and further denied the plaintiff the due
process of law in violation of the Fourteeth AMendment to the United
States Constitution.

61. The failure of defendants MS. Sonya ,_____
and,JOHN DOE_____,to provide for the care... of the plaintiff's
serious medical need and follow up medical care,and treatment of
fractured ankles,bruised ribs, left eye, and physical theraoy for
his ankle,ribs,and left eye, constitutes the tort of negligence
under the State,Federal Law,of the United States and any other the
Court deem fair and just.

## **RELIEF REQUESTED.**

**WHEREFORE,** PLAINTIFF requests that the court grant the following
relief:

    A.   Issue a declaratory judgment stating that:

        1.   The physicl abuse of the plaintiff by defendants
             Tyrick,Walker County Sheriff's Department,U.S.M.S.,
             violated the plaintiff's rights under the Eight
             Amendment to the United States Constition and
             constituted an assult and battery under state law.

11.

11

2.  Defendant ~~John Mark~~ *Sheriff Tyrick* failure to take action to crub the
    physical abuse of prisoners violated the plaintiff's
    rights under the Eight Amendment to the United States
    Constition and constituted an assualt and battery
    under state law.

3.  Defendant _____ actions in conducting the plain-
    tiff's disciplinary hearing, and defendant _____

    actions in sustaining it, violated the plaintiff's
    rights under the Due Process Clause of the United States
    Constitution.

4.  Defendant *Ms. Sonya*, and defendant_____
    actions in failin to provide adequate medical care for
    plaintiff violated, and continue to violate, the
    plaintiff's rights under the Eight Amendment to the
    United States Constitution.

B.  Issue an injuction ordering defendants _____,_____,

or their agents to:

1.  Immediately arrange for the plaintiff'sinjuries to be
    examine by a qualified physican;

2.  Immediately arrange for the plaintiff's need for physical
    therapy or other follow-up medical treatment to be evaluated
    by a medical practioner with expertise in the treatment
    and restoration of function of broken ankles,ribs'

3.  Carry out witout delay the treatment directed by such
    medical practioner.

C.  Issue an injuction ordering defendant _____ to:

1.  Release the plaintiff from all undue denial of treatment
    or punitive segregation, and restore all rights;

2.  Expunge the disciplinary convictions described in this
    complaint from the plaintiff's institutional record.

D.  Award compensatory damages in the following amounts:

1.  $100,000 jointly and severally against defendants
    Tyrick ,U.S.M.S , JOHN DOE, WALKER COUNTY SHERIFF'S
    DEPARTMENT,for the physical emotional injuries sustained
    as a result of the plaintiff's beating.

2.  $10,000 jointly and severally against defendants _____
    and _____, for the punishment and emotional injury
    resulting from their denial of due process in connection
    with the plaintiff's disciplinary proceeding.

12.

    3.   $59,000 jointly and severally against defendants <u>Tyrick   </u>, and <u>WCSD/U.S.M.S./DOE</u> for the physical and emotional injury resulting from their failure to provide adequate medical care to the plaintiff.

E.  Award punitive damages in the following amounts:

    1.   $20,000 each against defendants, Tyrick,Walker County Sheriff's Department,United States Marshal Services,Doe, and others yet not named;

    2.   #10,000 each against defendants Tyrick and Walker County Sheriff Department,DOE and UNITED STATES MARSHALS SERVICES;

    3.   $20, 000 each against defendants Tyrick,Walker County Sheriff's Department,DOE and UNITED STATES MARSHALS SERVICE;

F.  Grant such relief as it may appear that plaintiff is entitled.


September 24,2002,                       **28 § 1746.**

Respectfully submitted,

*Marcus Dewayne Lee*
**Marcus Dewayne Lee**
23120-001
P.O. Box 34550
Memphis, TN 38184

Pro-Se

13.

13

## ALTERNATE VERSION OF DAMGE DEMAND:

D.   Award compensatory damages jointly and severally against;

    1.   Defendants Tyrick,Walker County Sheriff's Department, DOE and United States Marshals Service for the physical and emotinal injuries sustained as a result of the plaintiff's beating.

    2.   Defendants Tyrick,Walker County Sheriff's Department, and United States Marshal Services for the punishment and emotional injury resulting from their denial of due process in connection with the plainitff's disciplinary proceeding.

    3.   Defendants Tyrick, WAlker County Sheriff's Department and United States Marshals Services for the physical and emotional injury resulting from their failure to provide adequate medical care to the plaintiff.

E.   Award punitive damages against defendants Tyrick,Walker Coutny Sheriff's department, United STates Marshal Services, JOHN DOE.

              Respectfully submitted,

              *Marcus Dewayne Lee*

              Marcus Dewayne Lee

              23120001
              P.O. BOx 34550
              Memphis, TN 38184

              "Pro-Se"

14

14.

ADDRESS OF PLAINTIFF,PRO-SE:

Mr. Marcus Dewayne Lee
F.R.N. 23120-001
P.O. BOX 34550
Memphis, TN 38184


## VERIFICATION

STATE OF ALABAMA)
IN THE COUNTY OF JEFFERSON)

STATE OF TENNESSEE)
IN THE COUNTY OF SHELBY)

Sworn To And Subscribed Before Me, The Undersigned Notary Public

(at large),  This _____ day of October, 2002.

_____
Marcus Dewayne Lee

_____
NOTARY PUBLIC

My Commission Expires On: _____


_____

         SEAL


ATTACHED HERETO ARE PLAINTIFF'S EXHIBITS "A" thru



**EXECUTED ON THIS DAY** _____ of October,   2002.


15

## CERTIFICATE OF SERVICE

I MARCUS DEWAYNE LEE hereby certify that all said and contained is true and correct to the best of my ability and I have served a copy of the same upon the following;

WALKER COUNNTY SHERIFF'S DEPARTMENT et al.,
(Sheriff) John Mark Tyrick
1802 2nd Avenue
Jasper, Alabama 35501

UNITED STATES ATTORNEYS OFFICE
UNITED STATES MARSHALS SERVICES
NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION
1729 5th Avenue North
Birmingham, Alabama 35203
c/o 700 Army Navy Drive,CS3
Arlington, VA 22202

FEDERAL BUREAU OF PRISONS
WASHINGTON DC

done this day ___7th___ of ___October___, 2002 by placing a copy of the same in the U.S. Mail with postage prepaid either by First Class or Certified Mail.

I declare under penalty of perjury all is true and correct. 28 § 1746.

Executed on this day ___7th___, ___October___, 2002.

Respectfully submitted,

*Marcus D. Lee*

Marcus Dewayne Lee
23120-001
P.O. Box 34550
Memphis, TN 38184

16

LEE v. WALKER COUNTY SHERIFF'S DEPARTMENT, et al.          CV_____

## PLAINTIFF'S EXHIBITS

EXHIBIT ONE:  date August 10,2002 PETITION/COMPLAINT

EXHIBIT TWO:  date August 10,2002/September 24,2002 CLAIM FORM-95/INJURY

EXHIBIT THREE:  date September,24,2002, NOTICE CHANGE OF ADDRESS

EXHIBIT FOUR:  date September 24,2002,  REVISED COMPLAINT FOR INJURIES/with

                 ALLEGE CONSTITUTIONAL VIOLATIONS /WITH VERIFICATION ATTACHED

EXHIBIT FIVE:  CERTIFICATE OF SERVICE date October 7,2002


## APPENDIX:

1)  MOTION FOR APPOINMENT OF COUNSEL

2)  MOTION TO PROCEED IFP/IN FORMA PAUPERIUS

3)  AFFIDAVIT OF PLAINTIFF MARCUS DEWAYNE LEE

4)  MEMORANDA OF LAW

5)  CIVIL COVER SHEET/JURY DEMAND

6)  DECLARATION

7)  VERIFICATION

8)  REQUEST FOR PRODUCTION OF DOCUMENTS

9)  PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION
    OF DOCUMENTS/ADMISSIONS


Respectfully submitted,

EXECUTED this day ____7th____ of October 2002

*Marcus D. Lee*

Marcus Dewayne Lee
23120001
P.O. Box 34550
Memphis, TN 38184

28 § 1746.

Pro-Se

To whom This May Concern (Petition(s))

I Marcus Dewayne Lee, Walker County Jail feel that several of our rights has been violated to the fullest. WE the names below feel that the incident that occurred on or about August 10, 2002. The Walker County Sheriff's Department came into D-Dorm and used excessive force; cruel and ~~mama~~ unusal punishment. We don't feel that we were out of control when officers clearly told us to lock down. We did as we were told. Later on in the day several County officers entered D-Dorm spraying mase, kicking, punching, splashing cleaning supply all over us, for reason's unknowns. Wasn't no one out of control because if there were, how come they don't have displinaries to show. This facility does have displinary procedure. Sign below after you've read this if you feel that this is true...

1. Marcus Lee-D-Dorm
2. Larry Welch
3. Michael Stines
4. Jayme Allen (Federal)
5. Willie Cook
18. ~~Jeff Walker~~

6. ~~Christian~~
7. Jermayne Hayes
8. Jose Gonzales
9. Phillip Adams
10. John Player
17. Dean McAfee

11. ~~Ty Oliell~~
13.
13.
14.
15.
16.

19

On or About August 10, 2002 Date M.L. WALKER County Sheriff Dapartment Tactical Unit entered WALKER County Jail (D-Dorm) used excessive force, And unusual punishment. The Sheriff stated that "he was taking his jail back". First of All when WAS WE out-of-control for him to be taking his jail back? Secondly this jail does have displinary procedures And rules that WE As inmates have to go by. IF WE WERE out of control like the sheriff stated then why were we Already locked into our cells Asleep. The Tactical Unit bursted into our cells, spraying mase, kicking, punching us to the body Area. I Asked to go see the doctor but the nurse told me that the doctor couldn't do Anything About bruised ribs. I feel that if things were out of control like the Sheriff proclaim then it would've been some serius Injuries. besides The Only thing I'm Asking is to show WERE WE WERE out-of-control. And what procedures they used to show that WE WERE out control from the beginning. What was it like when this tactical Unit first entered (D-Dorm). WAS Anybody Kicking doors, burning paper, disrespecting Any officers? did Anybody have weapons drawn? What was the circumstances of being out of-control? Did Anybody disregard Any orders that were given? I'm trying to see why such force had to be used. 19

In The United States District Court
For The Northern District of Alabama
Southern Division


MARCUS DEWAYNE LEE
                    Appellant,

        V.
WALKER County Sheriff Dept.,
WALKER County Sheriff John MARK
TYRICK,
(USMS) United States MarshAls
Services, et Al., Appellee.

Civil Action
COA No.: _____

(To Be Supplied by Clerk)


---

"Notice"
Change of Address

---

Come Now, MARCUS DEWAYNE LEE, PRO-SE, by himself And
through himself iN the Above styled-cAuse puRsuAntto F.R.App.
P., [F.R.CV.P.] And Any other the Honorable Court deem fAiR And
just. I Am currently housed At F.C.I. Memphis, 1001 John A. Denie Road,
Memphis, Tennessee 38184/c/o P.O. Box 34550, Memphis, Tennessee 38184.


Respectfully submitted, Marcus D. Lee
28§ 1746
September, 24, 2002


cc: USDC N/O AL
    U.S. Atty. OFF. N/D AL.
    WAlKer County et Al.
    File
    JACKSON County JAil, et Al

Marcus D. Lee
MARCUS DewAyne LEE
F.R.N. 23120-001
P.O. Box 34550
Memphis, Tennessee 38184

20

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-88 |
|---|---|---|

**1** Submit To Appropriate Federal Agency:

WAlKeR County SheRiff Dept
John mAck TyRicK, U.S.M.S., Et AL.

**2** Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)

MARcus DeWAnYe LEE ( pRo*SE)
F.R.N. 23120-001
P.O. 84550, Memphis TN 38184

| 3 TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4 DATE OF BIRTH 6-14-76 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 7-10-02 | 7 TIME (A.M. OR P.M.) AppRox. 5:00pm |
|---|---|---|---|---|

**8** Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

SEE AttAchment

---

**9.** **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
BRuised Ribs, 1101 John A. DenfE Rd.
Left eye     Memphis, TN 38134

---

**10.** **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
1) BRuised L/Ribs, Left eye, head concussion, tRumA, temporARy loss of memory, blurred vision, temporARy loss of speech, temporARy loss of heaRing Left eAR, numbness Left ARm.

---

**11** **WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| SEE Attachments | WAlkeR County Jail 1802-2nd Ave JAspeR, AlA-35501   oR   2001 2nd Ave - North JAspeR, AlA - 35501 |

---

**12** (See instructions on reverse)     **AMOUNT OF CLAIM** (in dollars)

| 12a PROPERTY DAMAGE | 12b. PERSONAL INJURY $ 100,000. AND cost | 12c. WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) $ 100,000. |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Marcus DewAyne Lee  M.L. | 13b Phone number of signatory | 14 DATE OF CLAIM August 10, 2002 / Sept, 24, 2002 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both (See 18 U.S.C. 287, 1001.) |
|---|---|

95-107                                   NSN 7540-00-634-4046     21              STANDARD FORM 95 (Rev. 7-85)

## CERTIFICATE OF SERVICE

I, MARCUS DewAoyE LEE hereby certify that I have served a true
and correct copy of the foregoing Claim(gs) foR injuRfes, constitutional Rights
Violatfons, SERious medicAl need

upon the defendant/defendants and/or his attorney/attorneys of record by placing same in a sealed
postage paid envelope to WAlKeR County SAfl, WAllCeR County
Sherff Dept. ShERiff Sohn mARK TyRiCK,
(USMS), United States MARshal SeRvice et-Al.

and deposited in the United States mail at FCI Memphis,
on this 24 day of Sept, 20 02

I hereby declare under penalty of perjury the above is true and correct 28 U S C § 1746

/S/ YY7arcus D. Lee

FDN 23120-001

P.O. Box 34550

Memphis, TN 38184

(pRO-SE)

22

# EXHIBITS TOO LARGE FOR

# SCANNING-SEE ORIGINAL

# FILE

