IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 FEB 13 PM 1: 22
U.S. DISTRICT
N.D. OF ALABAMA

MARCUS DEWAYNE LEE,                )
                                   )
            Plaintiff,             )
                                   )
vs.                                )        CV 02-J-2903-S
                                   )
SHERIFF JOHN MARK TIREY, *et al.*, )
                                   )
            Defendants.            )

ENTERED
FEB 15 2003

## ORDER OF DISMISSAL

On December 30, 2002, the magistrate judge entered an order requiring plaintiff to return a signed Prisoner Consent Form, along with an initial partial filing fee in the amount of $5.94, to the clerk of the court within thirty (30) days from the entry date of the order. Plaintiff was advised that failure to comply with the order within the allotted time would result in the dismissal of this action. Plaintiff has failed to comply. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that this action is hereby DISMISSED WITHOUT PREJUDICE.

For information regarding the cost of appeal, see the attached notice.

DONE this the *13* day of *February*, 2003.

_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case and Names of Parties

# NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

---

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $100 docket fee plus $5 filing fee (for a total of $105) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1)    Pay the total $105 fee to the clerk of the district court from which this case arose; *or*

(2)    arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $105 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $105 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $105 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $105 fee is collected, even if an appeal is unsuccessful.

THOMAS K. KAHN
Clerk

PLRA Notice